**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        NO. 4:08CR00054-05 JLH

ALLEN CLARK                                                                DEFENDANT

## ORDER

    The government's motion to dismiss the petition to revoke supervised release is GRANTED.

Document #443.  The petition to revoke supervised release is hereby dismissed.  Document #436.

    IT IS SO ORDERED this 29th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE